UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAMIDELE HAMBOLU, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, et al.,<br><br>   Defendants. | Case No.  14-cv-03020-JSC<br><br>**ORDER TO PROVIDE CURRENT ADDRESS** |

Plaintiff Bamidele Hambolu and his mother Lynn Gavin proceeding pro se bring numerous state and federal claims against several Defendants arising out of their eviction from Section 8 housing. On July 10, 2014, the Court granted Plaintiffs' application to proceed in forma pauperis. (Dkt. No. 6.) The order was mailed to Plaintiffs' address of record: 1230 Market Street #4, San Francisco, California 94102. On that same day, the Court received a change of address for Plaintiffs which listed their address as: General Delivery, c/o Bamidele Hambolu, San Francisco, California 94142. The Court amended the docket to reflect this change of address and resent the Court's July 10 order; however, that order and other correspondence was returned as undeliverable (from both Plaintiffs' original and updated addresses). (Dkt. Nos. 8, 11 & 12.)

The Court cannot proceed without a valid address for Plaintiffs. **Plaintiffs shall provide the Court with a valid address by September 2, 2014**. If Plaintiffs fail to provide a valid address by this date, Plaintiffs' complaint may be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall serve a copy of this Order on both Plaintiffs' prior address (1230 Market Street #4, San Francisco, California 94102) and the address currently listed for Plaintiff on the docket (General Delivery, c/o Bamidele Hambolu, San Francisco, California 94142).

**IT IS SO ORDERED.**

Dated:  August 21, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2