UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAMIDELE HAMBOLU,<br><br>   Plaintiff,<br><br> v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, et al.,<br><br>   Defendants. | Case No. 14-cv-03020-JSC<br><br>**DISMISSAL ORDER** |

  Plaintiffs Bamidele Hambolu and his mother, Lynn Gavin, proceeding pro se bring numerous state and federal claims against several Defendants arising out of their eviction from Section 8 housing. On July 10, 2014, the Court granted Plaintiffs' application to proceed in forma pauperis. (Dkt. No. 6.) The order was mailed to Plaintiffs' address of record: 1230 Market Street #4, San Francisco, California 94102. On that same day, the Court received a change of address for Plaintiffs which listed their address as: General Delivery, c/o Bamidele Hambolu, San Francisco, California 94142. The Court amended the docket to reflect this change of address and resent the Court's July 10 order; however, that order and other correspondence was returned as undeliverable (from both Plaintiffs' original and updated addresses). (Dkt. Nos. 8, 11 & 12.)

  On August 21, 2014, the Court ordered Plaintiffs to provide their current address and warned them that failure to do so by September 2, 2014 would result in the dismissal of their complaint without prejudice. (Dkt. No. 13.)  The Court's order was mailed to both addresses listed above, but was returned as undeliverable.  (Dkt. No. 14.)  Plaintiffs have not communicated with the Court since the Court's August 21 Order.

  Accordingly, the complaint is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

1    **IT IS SO ORDERED.**

2    Dated: September 11, 2014

3    _____
     JACQUELINE SCOTT CORLEY
4    United States Magistrate Judge